IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
_____

THOMAS J. KANIOS
LORA KANIOS,

        Plaintiffs,

                              Case No. 2009CV01034

    v.

COLUMBIA ST. MARY'S INC. and
UMR, INC.,

        Defendants.
_____

## NOTICE OF VOLUNTARY DISMISSAL
_____

Pursuant to Fed. R. Civ. P. 41, the plaintiffs hereby voluntarily dismiss all claims in the above-captioned lawsuit.

Dated this 7th day of December, 2009

                              **CANNON & DUNPHY, S.C.**
                              Attorneys for Plaintiffs


                              By: s/ Kevin R. Martin
                                  Kevin R. Martin
                                  State Bar No. 1045748

P.O. ADDRESS:

595 North Barker Road
P.O. Box 1750
Brookfield, WI 53008-1750
Direct Dial: (262) 796-3728
Direct Fax: (262) 796-3729